THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT MISSISSIPPI NORTHERN DIVISION

# Complaint

Reginald Lacey

vs.

State Of Mississippi



Petitioner

Respondent

3:23cv175-DPJ-FKB

Comes Now Reginald Lacey, Petitioner, and files this his Complaint and would show unto this Honorable Court the following, to wit:

## I. Previous Actions

Have you begun any other action(s) in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? ___yes ✓ no

If your answer to the above question is yes, describe the action in the spaces provided below. (If there are additional actions, use a separate sheet of paper for each additional action.)

A. Parties to the previous action: NONE
   Petitioner(s) NONE
   Respondent(s) NONE

B. Court: NONE
C. Docket Number NONE
D. Name of Judge to whom the case was assigned. NONE
E. Disposition of the case NONE
F. Date of filing of the action NONE
G. Date of Disposition. NONE

## II. Place Of Confinement

Is there a prisoner procedure in your institution? ✓ yes ___ no

Did you present the facts relating to your complaint to the institution's grievance procedure? ✓ yes ___ no

If your answer was yes,
A. What steps did you take? Administrative Remedy Program (A.R.P)
B. What was the result? NO Response

If your answer was no, explain why not:


If there is no grievance procedure in the institution, did you complain to prison authorities ✓ yes ___ no

If your answer was yes
A. What steps did you take? Grievance procedure
B. What was the result? NO Response

## III.
### Parties to this Action

I, Reginald Lacey, am the Petitioner in this action and am housed at Carroll-Montgomery Regional Correctional Facility - 33714 Highway 35 Vaiden Ms, 39176


## IV.
### Statement Of Claims

The following is a brief summary of the facts of the case. (Describe how each respondent is involved, including dates, places and names. Do not give legal arguments or cite any cases/statutes. If you intend to allege a number of related claims, number and set forth each claim in a seperate paragraph.

Additional Pages.

# Statement Of Claim

The following is a brief summary of the facts of the case (Describe how each respondent is involved including date, places, and names. Do not give legal arguments or cite any cases/statutes If you intend to allege a number of related claims, number and set forth each claim in a seperate paragraph; I been unlawfully used in each chapter of the United State Code Annotated for Title-18 U.S.C.A. 2510 Definitions; 2. Title-18 U.S.C.A. 2511. Interception and disclosure of wire, oral, or electronic communications prohibited 3. Title-18 U.S.C.A. 2512. Manufacture, distribution, possession, and advertising of wire, oral, or electronic communication intercepting devices prohibited; 4. Title 18 U.S.C.A. 2513. Confiscation of wire, oral or electronic communication intercepting devices; 5. Title-18 U.S.C.A. 2515 Prohibition of use as evidence of intercepted wire, or oral communications; 6. Title-18 U.S.C.A. 2516 Authorization for interception of wire, oral, or electronic communications 7. Title-18 U.S.C.A-2517. Authorization for disclosure and use of intercepted, wire, oral, or electronic communications; 8. Title-18 U.S.C.A 2518 Procedure for interception of wire, oral, or electronic communications; 9. Title-18 U.S.C.A 2519 Reports concerning intercepted wire, oral, or electronic communications 10. Title-18-U.S.C.A 2520 Recovery of Civil damages authorized; 11. Title-18 U.S.C.A-2521 Injunction against illegal interceptions; 12. Title-18 U.S.C.A. 2522 Enforcement of the Communications Assistance for Law Enforcement Act; 13. Title-18 U.S.C.A-2523 Executive agreements on access to data by foreign governments;

I been unlawfully used, since a child to age 36, and each prison, Constitutional Rights and Rights are violated. Humilation-Humilation, Cruel and Unusual Punishment, Unsafe Conditions, Long Suffering, Pain and Suffering, Equality-Equality Life Endangerment, Eavesdropping, Identity Theft and Signature, Discrimination Citizen Indifference, Medical Indifference, Security, Audio and Amateur-Amateur Indifference; Communication Indifference, Freckle Discrimination, Inhumane Health Indifference; I was born in Hinds County, Jackson Mississippi, Baptist Hospital December 29, 1985. Social Security Number 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. I will need all Medical Documents and Prison Medical Documents. I'm getting Upper Body, Lower Body, and Internal Uses from Harmful Interferences, Brain, Liver, Bladder, Lung, Heart, Intestines, Spine, Eyes, Ears, Bones, Teeth, Jaws, Buttocks, LOOM; A Full Body M.R.I is needed to determine all damages, and conditions. Pain and Suffering, Long Suffering, Unsafe Conditions, Equality, Security, Life Endangerment a very Serious and important matter, from these private financial gain(s).

Transgender methods, Prison Methods Certified Buttocks Methods, Brain Storm Methods, "Selfie Methods, Talking Tom Methods 22 to 23 hours of Auto Talking, Brain Methods, Motion Methods. very similar to a Mind Body Theory of Frankenstein, Puppet Man, Xlophone Man, Method Man 1,000 Aeronautical Robot, Prism Robot, Hydraulic Man, LOOM ROBOT, Bio-Greenfield Android, MONSTER, Virtual Sounds, Homosexual Science, Mind Bot, FRECKLES, Cranium Tech, BRAIN, Cyber Robots, BONES, PUNK, (Phase and Stage See Catergory.) Soundless Sounds UPPER BODY, VOLUME, Front Entertainment, Advance, Sound Sense Spine, Polymer, Technology 1000, Interegator, Farrow Jaws and Tongue, LOUD, (Eavesdropping Gold each prison sentence and Frankenstein Advance review each prison sentence.) POOLE POOLE, Feather Man, WishBone - left wrist bone and Spy Spine Since Youth, Review Medical Files. CANCER Experiments right side of skull and -face bone Since Youth, Review Medical Files. DOTS DOTS DOTS Kinetic Cosmic Newton, Dementia Man, Sound and Sounds, Spy Sensor, (Sculptures- FRECKLES, TEETH, SPINE, NECK BONES, LOWER BODY, "ZOOM ZOOM," Dimension, Graphics, Supersonic Sounds, private financial gain for INHUMANE prison food defication (poop) sperm, Concrete rocks in Greens, penny size bugs, spectal brain spectrum uses with Globb Speaker Gold violations. Private Financial Gain for DISCRIMINATION (Inmate Conspiratorical, activities - JOKES JOKES JOKES, FRECKLES, LUKE WORM, Gestures, Images, PUNK and PRANK THEORY, SHOCKER, BRAIN VOLUME, Bio-Bully, Mind Body Theory GAMBLING, DOTS, Power Tongue, Ray-Man, Expressions, Membrane, SETS SOUND FIELDS,) Telecommunications,) My whole bod My whole life, Upper Body Lower Body, Internals has been used, Computer trespasser, Technology, I had to do legal research for these United States Code Annotated Title and Statutes (Title-18-U.S.C.A-2510-2523) There was NO HELP, OR ASSISTANCE, FOR THESE PRIVATE FINANCIAL GAIN(s) Pain and Suffering, Long Suffering, Life Endangerment Citizen Indifference, Cruel and Unusual punishment, Unsafe Conditions, Constitutional Rights and Rights, Humilation-Humilation, Security, Discrimination, Eavesdropping, Identity Theft and Signature, Medical Indifference, Inhumane, Health Indifferedie. These uses lead to psychologists and Mental Health counseling. I was offered medicine and counseling for self-mutilation, Suicide precaution, Dementia, Hallucination, Depression, Bipolar, Moods, Involuntary Movements I was observed taking each. Medicine names are, Risperdone, Colgintan Cilaxa, Heradol, Teradol, Mylan, Docaste, Biscadol Ducolax, Floxetine, Thorazine, Risperdine, Benedryl, Prilosec. All brands inas a recall world-wide, Unsafe Conditions, Pain and Suffering, Life Endangerment, Recovery Of Civil Damages for each Brand.

2.

(KAYAK chewing tobacco) from Mississippi Department Of Corrections Commissary Purchase, After using this product Tooth Number 19 was Damaged, Real Bad; Pain and Suffering, Long Suffering, Unsafe Conditions, Life Endangerment Recovery Of Civil Damages and M.R.I is requested. Echleon Science Department, Fusion, Counter1 Pros, Atos, Prism Technologies, Recovery Of Civil Damages is requested, and Cyber Departments, Acoustic Hydraulics, Acoustic Curves, Poly Plasma, (Acoustic Acoustic, Graphic Graphic Department) Baptist Hospital - Recovery is requested, Neurologists Bone Specialist, and there Science Department. My Visa Net-Spend Debit was Stolen Since September 20, 2020. My last Withdrawl was September 20, 2020 Over a $1,000 was remaining for my balance. My Tax Refunds have been Stolen Since the year 2019, 2020, 2021, 2022, Identity Theft and Signature, refund recovery is requested. I.R.S. 100" Captiol Street - Jackson MS, 39269; Mississippi Department Employment Services (M.D.E.S.) All Benefits, Employment Benefits, Unemployment Benefits are Stolen; Identity Theft and Signature, over $25,000 has been stolen, while I was incarcerated. Refund and Recovery is requested. I'm not married, single male. My last employment was JASON'S DELI, there is a JASON'S DELI HEADQUARTERS about my Pay Roll - Payments I did not recieve, due to incarceration. Very important to get Recovery Of Civil Damages, and Recovery from (See Title-18-U.S.C.A. 2522 Enforcement of the Communications Assistance for Law Enforcement Act.) I do not want "Failure To File". The Attorney General (Lynn Fitch) Inspector General, Deputy General, Assistant Attorney General, or his designee, shall exercise all the powers and perform all the duties which the district attorney would otherwise be authorized or required to exercise or perform. Requesting to move forward with this 1983 Complaint, investigation and Recovery of Civil Damages. (Title-18 - U.S.C.A. 2510-2523) Except as otherwise provided in this section, whoever in any matter within the jurisdiction of the executive, legislative or judicial branch of the Government of the United States knowingly and willfully; (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact. (2) makes any materially false

3.

fictitious or fraudulent statement or representation, or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictious, or fraudulent statement or entry, shall be fined under this title, imprisoned not more than 5 years or, if the offenses involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years or both, If the matter relates to an offense under chapter 109A, 109B, 110 or 117 or section shall be not more than 8 years, (b) subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings, or documents submitted by such party or counsel to a judge or magistrate in that proceeding. (c.) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to. (d.) administrative matter, including a claim for payment, a matter related to the procurement of property or services, or personnel or employment practices, or support services, or a documents required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch or. (2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate. As it reads in this Title and statute(s), the Attorney General, Inspector General and staff are needed as soon as possible. Life Endangerment, Unsafe Conditions, long Suffering, and Pain and Suffering are very Serious Claims. ~~[scratched out]~~ Constant bullying, Bio-Bully, house has been shot in to, my car has been damaged because of these uses, wreck from the rear and driver sped away laughing. Deadly Pranks and Jokes has been used on my life and property. Private Financial gain for SLEEP, EWWW, Cyber Spine, Spit-Face, DUAL, Easting, WAVE LENGTH, CyberWorld, Jenck and Aches, POLYEAGLE, Mind Hobby, Tel-lex-(Gold Fish --- The Attorney General Catergory) CANCER; Bio-Tech, LOOM, DODGE, Currency, Cyber-Cyber, CURRENTS. All names have private viewing, illegal purposes of direct or indirect commercial advantage or private commercial gain. Upon the request of a person whose identifying information was appropriated, the Attorney General may provide assistance to the victim in obtaining information to correct inaccuracies or errors in the person's credit report or other identifying information, however, no legal representation shall be afforded such person by the Office of the Attorney General. Technical Assistance and Mechanical Assistance is requested also from the Inspector General, and Assistant Attorney General, and the United State Code Annotated violations.

4.

Walnut Grove Correctional Facility, Regimented Inmate Discipline - Program for 6 months), 2 years was also a sentence; 10 mandatory years was a sentence, Sentence location started at, Central Mississippi Correctional Facility, South Mississippi Correctional Institution, East Mississippi Correctional Facility, Marshal County Correctional Facility, Mississippi State Prison, Caroll County Correctional Facility, and I transfered back to Mississippi State Prison, From December 21, 2008 to October 4, 2018, I completed 10 years. Madison County Detention Center I was held, December 21, 2008 to March 4, 2010, Raymond Detention Center I was held until Sentenced. Each jail and Prison, there was Constitutional Rights and Rights Violations (Title-18-U.S.C.A-2510-2523) Harmful Interferences, private financial gain Cruel and Unusual Punishment, Unsafe Conditions, Long Suffering, Life Endangerment, Amateur-Amateur, Audio, Discrimination, Eavesdropping, Humilation-Humilation, Freckle Discrimination, Equality-Equality, Medical Indifference, Security-Security, Inhumane Conditions, Pain and Suffering, During each Prison and County Jail violation I filed a (A.R.P. FORM) there was NO RESPONSE BACK to end each Constitutional Rights and Rights violation. Each jail and prison has grants and payments, For Example- Acoustic-Hydraulics, POLY, POLY INMATE, POLYMER, Mind Body, (Acoustic-Acoustic Graphic-Graphic Department) Mind-BOT, ZOOM, Inmate Conspiratorial, VENUE CHALLENGER, Cyber-Cyber, Spy-Guy, ZOOM ZOOM GOLD, Cyber Spine, SOUNDS, Sound and Sounds; Recovery from each County JAIL and Prison and SENTENCE SERVED. I was improperly charge for a NO-DRIVER LICENSE-Ticket number is 20T098I330. On Sunday September 20, 2020, at Raymond Detention Center RECORDS read that I did have my Driver License in my possesion, Recovery Of Civil Damages and review is requested. Citizen Indifference, Unsafe Conditions, Security-Security, Eavesdropping, Private Financial gain "Intercom, has been used all my life, in jail and prison "Constitutional Rights and Rights violations, that led to POLY, POLY Spectrum, Sound Bots, Special Brain Spectrum and Motorola Walkie-Talkie Department, XLOPhone Sounds, VOLUME, Phase and Stage There was NO Security checkpoint, The term "Scrambler" there was NO privacy; For my Everyday Activity (Talking, Comode, Reading, Writing, Sense) Recovery Of Civil Of Civil Damages. is requested. Gestures Series, Human Body Sensor Series, Unauthorized publication or use of Communications (Series) Harmful Interference Series, Direct or indirect commercial advantage--and private financial gain (Series) Life and Property Series, Xlophone Transgender Series, Phase and Stage Series, Puppet Man Series, BRAIN Series, Punk Series, FRECKLE (Series Pain and Suffering), Citizen Indifference Series

5.

Cyber Spine Indifference (Series), Constitutional Rights and Rights Series, Membrane, Cerebulum, Equibolum Series, CANCER Experiment Series, Sound Bot Series Pain and Suffering, ADVANCE Series (all catergorys) Spy-Spy Series, Dementia Man Series, Sound Methodology Series, VOLUME Series, Trambling Series, VOMIT Series, Homosexual Science Series- Pain and Suffering) Cranium Tech Series Pain and Suffering). BONE-Series, Hydraulic Series Pain and Suffering, Equality, Long Suffering, Hair Series, FRONT-Entertainment Series, DAMAGE Series, Sculpture Series (Upper and Lower Body) Mind-Mind Body Series, Kinetic-Kinetic Series, Poole-Poole Series, Identity Theft and Signature Series, SECURITY Series, Echolia Series (all Catergory s) Telecommunication Series, PARALYSIS HUMAN BODY METHODS Series (Pain and Suffering, Life Endangerment, Unsafe Conditions, Long Suffering, Humilation, Equality-Equality, Discrimination, Citizen Citizen Indifference, Security-Security, Cruel Unusual Punishment, CHANCE Series,). Cerbal Palsy METHODS SERIES (Pain and Suffering, Life Endangerment, Unsafe Conditions, Long Suffering, Humilation, Equality-Equality, Discrimination, Citizen Citizen Indifference, CHANCE Series Security-Security Cruel Unusual Punishment. Life and Death.) Cyber Band, Local Band, Citizen Band, Mobile Band, Audio, Amateur Wire, radio, electromagnetic, photo optical, or photoelectronic Indifference and Series. Conspiratorial Activities, Inmate Conspiratorial Activities, Theory, CHEAT, PONK COMPUTER TRESPASSER, Echo-Echo, FRANKENSTEIN, IDEAS, Technicalitys, Technology, Marijuana, SENSOR, Spy, Expression, Enemy (FRECKLES) CRAZY, Provocation, ACTS, Ichmediate danger of death or serious physical injury to any person, DAMAGE and Injury, Child Exploitation, Bully, YOU-TOO, SHOCKER, Science, Jokes, Audio Pipe, BIO-BIO, METHOD MAN 1000, Cyber and Human Body Science. Commissary chewing tobacco gave Pain and Suffering, Long Suffering DAMAGE, TEETH, And Gums, (KAYAK CHEWING TOBACCO) Recovery of Civil Damages, is requested. Nothing you buy should damage the body, Health Screening, And BAPTIST CANCER Institute. Recovery of Civil Damages from my youth days Right Side of Head, Pain and Suffering Long Suffering. Equality-Equality, Life Endangerment, Unsafe Conditions, Inhumane Humiliation, Discrimination, Cruel Unusual Punishment, Citizen Indifference Medical Indifference, Life and Death, Experiments I been recieving my whole Life. I will need a M.R.I., or CAT SCAN, and a full human body sketch to determine all damages, Very Important from these Harmful Interferences. Pain and Suffering, Equality-Equality, Life Endangerment, Security-Security, Unsafe Condition Long Suffering, Freckle Discrimination, Cruel and Unusual Punishment, Constitutional Rights and Rights, Technology Indifference, Citizen Indifference, for Excretory Activities Aggravated Man, Temper Ton, Aggitated Man, BRAIN Gold, Mind Breaker, Hemorrhage VOODOO, 22 to 23 hours a day using these Methods-Methods including Hostile and Hostage, Requesting For Recovery Of Civil Damages, Cranium M.R.I. (Brain) for all damages Private Financial Loan 200M, Requesting For Recovery Of Civil Damages.

6

Track, Traces, Pierces, Hemorrhage, Blood from Ears and Nose. Pain and Suffering, Long Suffering, Unsafe Conditions, Life Endangerment Uses. Scramble Violation, Equality-Equality, Long Suffering, Unsafe Conditions Security, Privacy, I been used while working at Both Jobs, Jason's Deli' Hours 8 a.m to 9:45 pm, SLICING, Busser, Dishwasher, and World International Services (W.I.S) INVENTORY SPECIALISTS, Uses **occ**urred when, eating Sleeping, pumping gas, grocery shopping, Fast Food Resturants, Commode, Job Interviews, DRIVING, TALKING TO Women, GREETING People, READING WRITING, THINKING, WATCHING T.V., SHOWER, BRUSHING TEETH, JAIL and PRISON USES, WITH FAMILY, HOUSE TIME, IDEAS, STANDING, EXCERCISING, BEING A MINOR BEFORE THE AGE OF "SIX", SCHOOL, Elementary, Middle School, High School, SEEING, SITTING, LISTENING, TOUCH, EATING, There WAS NO RULES OR REGULATIONS, It's been a Series of 36 years, everyday, everynight, Holidays, Human Body Uses. I been through 21 counties 2 different STATES "Louisiana and Alabama". I been used everywhere, I had 3 different Debit Cards, each should show the location I made purchases. In HINDS County, there has been shots Fired into the house I stay In, Road-Rage; "Bumper Car" Somebody drove into the back of my Car p̶r̶o̶p̶e̶ On purpose. These uses cause a lot of Negative Attention, Inmates, Citizens, PRANKS, Eavesdropping. Disclosure Uses Wiretapping, Bullying. "Bully Gold" Security-Security Violations. My front door at my home has kick off the hinges-"Dangerous Prank." There was NO SUSPECTS, Every incident, that person FLED the scene. **Multiple** Series toward my Life and Property, Pain and Suffering and Long Suffering. It has been incitement, invasion of privacy, false, and misleading advertising, and other similar laws, such as private financial gain. "Spy Guy," Sound Sniper, Cyber Spy, PUNK, Spy-Spy, Stenographik, Spy-Inmate, Globb Speaker Gold, Speaker, Xlophone Prism, Microphone, Scrambler, Sound Bots, Transgender. Listening and viewing public, and Inmate Population. No Rules or Regulations been issued out handbooks, NO Recovery or Treatment. "Spy Comments" from the "Spy Commentator" Everyday, and Everynight Life Endangerment, Long Suffering, Cruel and Unusual Punishment, Pain and Suffering, Unsafe Conditions, Discrimination, Constitutional Rights and Rights Wiretapping, Humilation, Eavesdropping.(Harmful Interferences, CAT SCAN, M.R.I requested to what was Used "damaged" and should be normal.) Requesting for Recovery of Civil Damages for private financial gain, private commercial gain or direct or indirect commercial advantage, POOLE FRECKLES, LOOM. There was NO Rules, Regulations or Community Assistance, Citizen Assistance about these United State Code Annotated Violations. Lots of people participated on how my Life and Property is used("Listening and viewing public Inmate population") Requesting for Recovery Of Civil Damages for my entire Life, "Eavesdropping Gold" Violation, and private financial gain for planning to move to the STATE of UTAH after my sentence for 10 years, for a new start.

7.

Case 3:23-cv-00175-DPJ-FKB    Document 1   Filed 03/28/23    Page 10 of 18

After my 10 years, I was sent a College Brochure from Utah Institute. My information is very serious. I gave no one authorization to be used, never shared my plans, ideas, knowledge, or information. Long Suffering, Unsafe Conditions, Life Endangerment, Equality, Security, Discrimination, Humiliation, Eavesdropping, Wiretapping and Pain and Suffering. Started before the age of 5 years old. 3736 Winston Street Jackson Mississippi 39206 was address my address. The Right Side, head was damaged, skull and brain, Xlophone, Loom Loom, and Cyber Spine, Human Sensors, Freckles. Pranks and Jokes, Pain and Suffering for Left wrist bone, fractured. Private Financial Gain. "Phase and Stage" for youth, Loom Loom pain and suffering, Long Suffering, Unsafe Conditions, "Method-Method uses, Bully" Terminator, (Social Bullying) about the face bone damage (Right Side). Continuous, Method-Methods for Parkinson with Sense, Paralysis entertainment, Cerebal entertainment-Cerebal Palsy Method-Methods was real bad, I was given Medical attention in a wheel chair and a Nerve Needle injection. That injection shuts down the whole body, for 30 minutes. Private Financial Gain "PORES" deodorant, Mineral Oil, disinfectant sprays, Soap, Engine oil, transfer off hands, and enter the mouth, gums, tongue, Unsafe Conditions. Lots of uses as a minor, Mental abuse. Medicine Symptoms Risperdone- Unsafe Conditions-Equality-Equality, pain and suffering, eye pain, lip swelling, drowsiness (after usage 8 hours) Nationwide Recall-Requesting for recovery of Civil damages. Cilaxa, Unsafe Conditions, Equality-Equality-Nationwide Recall Requesting for Recovery of Civil damages. Colgintan- Unsafe conditions Equality-Equality Nation Wide Recall-Requesting Civil damages. Colgintan- Unsafe conditions Equality-Equality-pain suffering head pain- drowsiness (after 8 hours) Nationwide Recall Requesting for recovery of Civil Damages. Thorazine- Unsafe Conditions-Equality-Equality-pain and suffering, head pain drowsiness (after usage 8 hours) Nation wide Recall-Requesting for Recovery of Civil Damages. Teradol- Unsafe Conditions, Equality-Equality, pain and suffering, head pain, drowsiness eye pain, after usage 8 hours. Nation Wide-Recall- Requesting for Recovery Of Civil Damages Docaste- Unsafe Conditions -Equality-Equality- Nation Wide Recall- Requesting for Recovery Of Civil Damages. Mylan- Unsafe conditions-Equality-Equality, pain and suffering, Drowsiness, Equaity-Equality headpain- Nationwide Recall Requesting for Recovery Of Civil Damages. Prilosec- unsafe conditions- Equality-Equality- pain and suffering Stomach pain- Nation-wide Recall Requesting for Recovery of Civil Damages, Biscadol Ducotax Unsafe Conditions, Equality-Equality, Pain and Suffering, Stomach pain, Burning pain possible damage. Nation-wide Recall-Requesting for Recovery Of Civil Damages, Benedryl- unsafe conditions Equality-Equality- Nation-wide Recall Requesting for Recovery Of Civil Damages. Fluxetine Unsafe Conditions -Equality-Equality-Nation-wide Recall Requesting For Recovery Of Civil Damages. Risperdine- Unsafe Conditions, Equality Equality- Pain and Suffering, eye pain, face swelling head pain, drowsiness (after usage 8 hours) Nation-wide Recall- Requesting for Recovery of Civil Damages. Private Financial Gain "Human SENSOR" and "CHANCE", Requesting for Recovery of Civil Damages. Private Financial Gains "CURRENTS", Jelly Fish, Xlophone Spectrum, Cultures, Acoustic Liberty, Method Man 1000, Telecommunications, Equalizer, Cyber World, Tortoise, Tech-tra, Mind Body, Xlophone Liberty. Requesting for Recovery of Civil Damage from each, Private Financial Gain.

8.

Method- Methods have been used in my sleep as a Inmate, "**Spy Commentator**," a Private Financial Gain, Smiling in sleep, Waving hands in sleep, Spit Face in sleep, Lots of Jokes and Pranks from this "Spy Commentator." "**Hemorrhage**" private financial gain will replay all uses I been getting, constant bleeding from nose, Long Suffering, Pain and Suffering, Life Endangerment, Unsafe Conditions, Cruel and Unusual Punishment, Discrimination Phase and Stage-Sleep is Similar, Requesting for Recovery Of Civil Damages. "**Esophagus**" a Private Financial Gain, constant uses from the users of this gain my whole life, choking pranks, bleeding, pranks for yeasting urine, sperm, processed food (poop) Long Suffering Pain and Suffering, Life Endangerment, Unsafe Conditions, Cruel and Unusual Punishment Discrimination (Freckles) Recovery Of Civil Damages from this Private Gain User. "**Nose**" (private financial gain) damage is showing in nasals, normal view of the Human Body will show damages, Discrimination, Unsafe Conditions, Long Suffering Cruel and Unusual Punishment, Pain and Suffering, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Disclosure Use**", there has been No security for my communication, scrambler indifference, encryption indifference, (Every Day Activity, Reading, Writing Talking, Console.) Equality, Security, Unsafe Conditions, Discrimination, Medical Indifference, Life Endangerment, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Pronunciation**" difficult to think, difficult to write, read, difficult to use English, Espanol, difficult to talk to women, (Women Restriction) difficult to get help, assistance, even emergency(s). BRAIN Unsafe Conditions, Security, Equality, Long Suffering, Discrimination, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Espionage**" lots of spying, Globb Speaker, Globb camera Go-Cameras, Spy Guy, Spy Inmate, Spy-Spy, Bio-Spy, Spy Tech, Napster, Walkie-Talkie Spy, Spy Commetator, Spy Equalizer, Spy Sense, Discrimination, Equality, Equality, Security, Unsafe Conditions, Life Endangerment. (Spy Robot and Spy Freckles) Requesting for Recovery Of Civil Damages. Private Financial Gain "**Xlophone Prism**" constant volume uses, even from voice, miles of voice traveling, Equality, Security, Eavesdropping, Unsafe Conditions, Discrimination, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Liberty**," Incitement, Privacy, listening and viewing public, Series of Phase and Stage Gold uses, (Method-Methods") Mental abuse, indecency, inmate population uses, Excretory uses for commercial advantages, gambling, Life Endangerment Unsafe Conditions, Equality, Pain and Suffering, Long Suffering, Discrimination, Cruel and Unusual Punishment Security, Spying, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Spy Teeth**", lots of abuse, Tooth has been forced out of formation, Tooth Number 22, 15 and Tooth Number 18, 20 has been spreading apart, and two more has current damages, Pain and Suffering, Long Suffering Unsafe Conditions, Cruel and Unusual Punishment, Equality, Security, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Echolia**", Eavesdropping, Disclosure Use, Wiretapping, Unsafe Conditions, Equality, Security, Espionage, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Heart**", constant pain, from the bottom, behind the heart, Pain and Suffering, Equality Long Suffering, Security, Life Endangerment, Unsafe Conditions, Discrimination, Cruel and Unusual Punishment, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Mega**," Unsafe Conditions, Equality, Security, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Collar**" Pain and Suffering, Equality, Security, Unsafe Conditions, Discrimination, Eavesdropping, Cruel and Unusual punishment, Life Endangerment, Long Suffering, Private Financial Gain "**Kinetic**" Unsafe Conditions, Equality, Security, Discrimination, Cruel and Unusual Punishment, Pain and Suffering, Requesting

9.

Recovery Of Civil Damages. Private Financial Gain "**X-Brain**" Pain and Suffering, Security Equality, Cruel and Unusual Punishment, Long Suffering, Unsafe Conditions, Discrimination Requesting for Recovery Of Civil Damages. Private Financial Gain "**Expungent**" Security-Security Equality, Cruel and Unusual Punishment, Unsafe Conditions, Discrimination, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Influence**" Pain and Suffering, Unsafe Conditions Security, Equality-Equality, Cruel and Unusual Punishment, Discrimination Requesting For Recovery Of Civil Damages. Private Financial Gain "**Cosmic**", Unsafe Conditions, Equality, Cruel and Unusual Punishment Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Congress**" Equality Security, Discrimination, Cruel and Unusual Punishment. Requesting For Recovery Of Civil Damages. Private Financial Gain "**Discrimination**" Security, Equality, Cruel and Unusual Punishment, Long Suffering, Unsafe Conditions, Medical Indifference, Discrimination. Requesting For Recovery Of Civil Damages. Private Financial Gain "**Echo-lala**", Discrimination, Equality, Security, Unsafe Conditions, Requesting for Recovery Of Civil Damages. Private Financial Gain "**Citizen**" Pain and Suffering Equality, Long Suffering, Security, Discrimination, Medical Indifference, Unsafe Conditions, Cruel and Unusual Punishment. Requesting For Recovery Of Civil Damages. Private Financial Gain "**Audio Pipers**", Unsafe Conditions, Equality, Security, Eavesdropping, Discrimination Requesting For Recovery Of Civil Damages. Private Financial Gain "**Transgender**" Pain and Suffering Long Suffering, Humiliation, Equality, Security, Discrimination, Unsafe Conditions, Cruel and Unusual Punishment Requesting For Recovery Of Civil Damages. Private Financial Gain "**Minor**" Life Endangerment, Unsafe Conditions, Discrimination, Pain and Suffering, Equality, Long Suffering Security, Cruel and Unusual Punishment, Wiretapping, Eavesdropping, Disclosure Use, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Jealous**" Pain and Suffering, Unsafe Conditions, Cruel and Unusual Punishment, Discrimination, Equality, Long Suffering. Requesting For Recovery Of Civil Damages. Private Financial Gain "**Holler and Hollering**", Equality, Security, Discrimination Humiliation, Unsafe Conditions, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Comptroller**" Long Suffering, Equality, Unsafe Conditions, Discrimination, Security, Cruel and Unusual Punishment, Pain and Suffering, Eavesdropping, Disclosure Use, Wiretapping, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Gestures**" Discrimination, Security, Unsafe Conditions Equality, Eavesdropping, Wiretapping, Requesting for Recovery of Civil Damages. Private Financial Gain "**Images**" Discrimination, Security, Unsafe Conditions, Equality, Eavesdropping, Wiretapping, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Graphics**" Pain and Suffering, Equality, Security, Long Suffering, Humiliation, Unsafe Conditions, Discrimination, Cruel and Unusual Punishment, Eavesdropping Disclosure Use, Wiretapping Requesting For Recovery Of Civil Damages. Private Financial Gain "**Sounds**" Pain and Suffering, Equality, Security, Long Suffering, Humiliation, Unsafe Conditions, Discrimination, Cruel and Unusual Punishment, Eavesdropping, Disclosure Use, Wiretapping, Requesting For Recovery Of Civil Damages. Private Financial Gain "**Mercy**" Long Suffering, Pain and Suffering, Equality, Security, Humiliation, Unsafe Conditions, Cruel and Unusual Punishment, Discrimination, Eavesdropping, Disclosure Use, Wiretapping Requesting for Recovery Of Civil Damages. Private Financial Gain "**Frequency**" Pain and Suffering, Unsafe Conditions, Equality, Security, Cruel and Unusual Punishment, Discrimination, Long Suffering. Requesting For Recovery Of Civil Damages. Private Financial Gain "**LIFE**" Discrimination, Pain and Suffering, Long Suffering, Unsafe Conditions, Life Endangerment, Equality, Eavesdropping, Humiliation, Cruel and Unusual Punishment. Requesting for Recovery Of Civil Damages. Private Financial Gain "**Farrow Jaws and Tongue**", Unsafe Conditions Equality, Security, Eavesdropping, Discrimination, Pain and Suffering, Cruel and Unusual Punishment Requesting For Recovery Of Civil Damages. Private Financial Gain "**Cranium Tech**", Long Suffering, Pain and Suffering, Life Endangerment Equality-Security, Discrimination, Unsafe Conditions, Cruel and Unusual Punishment Requesting For Recovery Of Civil Damages.

10.

Private Financial Gain "Cultures (China-chinese, Spanish-Español, French-Français, Filipano-Tagalog, Japan-Japanese, Vietnamese-Tieng Viet, Nigeria-Africa, Security, Equality, Unsafe Conditions, Discrimination, Humiliation Requesting For Recovery Of Civil Damages. Private Financial Gain "Mennonite" Unsafe Conditions, Pain and Suffering, Discrimination Equality, Long Suffering, Security, Cruel and Unusual Punishment, Humiliation, Espionage, Requesting For Recovery Of Civil Damages. Private Financial Gain "Teret" Unsafe Conditions, Discrimination Humiliation, Equality, Pain and Suffering, Cruel and Unusual Punishment, Life Endangerment Requesting For Recovery Of Civil Damages. Private Financial Gain "Access" Life Endangerment Long Suffering, Pain and Suffering, Cruel and Unusual Punishment, Humiliation, Equality, Security Requesting For Recovery Of Civil Damages. Private Financial Gain "Illusion" Long Suffering, Security Pain and Suffering, Life Endangerment, Cruel and Unusual Punishment, Humiliation, Equality, Unsafe Conditions, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain "Retina" Unsafe Conditions, Pain and Suffering, Long Suffering, Cruel and Unusual Punishment, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain "Mechanism" Unsafe Conditions, Equality Security, Discrimination Requesting For Recovery Of Civil Damages. Private Financial Gain "Radiation" Long Suffering, Life Endangerment, Unsafe Conditions, Pain and Suffering, Discrimination, Equality, Security Cruel And Unusual Punishment, Requesting For Recovery Of Civil Damages. Private Financial Gain "Character" Unsafe Conditions, Discrimination, Equality, Security, Cruel and Unusual Punishment Humiliation, Requesting For Recovery Of Civil Damages. Private Financial Gain "Charity," Equality Requesting For Recovery Of Civil Damages. Private Financial Gain "Universal" Security, Equality, Life Endangerment, Humiliation Pain and Suffering, Cruel and Unusual Punishment, Unsafe Conditions, Discrimination Requesting Eavesdropping Wiretapping, Disclosure Use, Requesting For Recovery Of Civil Damages. Private Financial Gain "Mouth" Pain and Suffering, Long Suffering, Equality, Security, Discrimination, Unsafe Conditions, Cruel and Unusual Punishment, Humiliation, Requesting For Recovery Of Civil Damages. Private Financial Gain "Pulmonary" Discrimination, Equality, Security, Unsafe Conditions, Pain and Suffering, Cruel and Unusual Punishment Requesting For Recovery Of Civil Damages. Private Financial Gain "Channel" Security, Eavesdropping Equality, Discrimination, Unsafe Conditions, Humiliation Requesting For Recovery Of Civil Damages. Private Financial Gain "Shocker" Unsafe Conditions, Pain and Suffering, Equality, Security, Discrimination, Cruel and Unusual Punishment, Life Endangerment, Eavesdropping, Wiretapping, Disclosure Use. Requesting For Recovery Of Civil Damages. Private Financial Gain "Risperdone" Equality, Unsafe Conditions, Pain and Suffering, Requesting For Recovery Of Civil Damages. Private Financial Gain "Spine" Unsafe Conditions Discrimination, Equality, Equality, Long Suffering, Pain and Suffering, Eavesdropping, Cruel and Unusual Punishment, Humiliation, Wiretapping, Disclosure Use, Medical Indifference Requesting For Recovery Of Civil Damages. Private Financial Gain "Module" Unsafe Conditions, Pain and Suffering, Equality Cruel and Unusual Punishment, Humiliation, Long Suffering, Discrimination, Security, Disclosure Use, Wiretapping, Eavesdropping, Requesting For Recovery Of Civil Damages. Private Financial Gain "Golden Eagle", Equality, Security, Humiliation, Unsafe Conditions, Discrimination, Eavesdropping Life Endangerment, Wiretapping, Cruel and Unusual Punishment, Requesting For Recovery Of Civil Damage Private Financial Gain "Amplitude" Unsafe Conditions, Discrimination, Eavesdropping Wiretapping Equality, Security, Disclosure Use, Requesting For Recovery Of Civil Damages. Private Financial Gain "Cyber Tech, Unsafe Conditions, Equality, Security, Eavesdropping Disclosure Use, Wiretapping, Discrimination Requesting For Recovery Of Civil Damages, Private Financial Gain Poly Spectrum, Eavesdropping, Discrimination Equality, Security, Wiretapping Disclosure Use, Unsafe Conditions, Long Suffering, Requesting For Recovery Of Civil Damages.

11.

Private Financial Gain "Aqua-Aqua" Equality, Security, Unsafe Conditions, Discrimination, Requesting For Of Civil Damages. Private Financial Gain "Robot" Life Endangerment, Unsafe Conditions, Pain and Suffering, Long Suffering, Discrimination, Cruel and Unusual Punishment, Equality, Security, Humiliation Requesting For Recovery Of Civil Damages. Private Financial Gain "Soundfields" Security, Equality, Humiliation Cruel and Unusual Punishment, Discrimination, Long Suffering, Pain and Suffering, Life Endangerment. Requesting For Recovery Of Civil Damages. Private Financial Gain "Electromagnetic", Unsafe Conditions Equality, Security, Pain and Suffering, Long Suffering, Life Endangerment, Discrimination, Cruel and Unusual Punishment, Wiretapping, Eavesdropping, Disclosure Use, Humiliation, Requesting For Recovery Of Civil Damages. Private Financial Gain "Telex" Disclosure Use, Eavesdropping, Wiretapping, Discrimination, Unsafe Conditions, Longsuffering, Equality, Security, Requesting For Recovery Of Civil Damages. Private Financial Gain "Photo-Optical" Discrimination, Disclosure Use, Wiretapping, Eavesdropping Equality, Security, Requesting For Recovery Of Civil Damages. Private Financial Gain "AXIS" Security, Equality, Discrimination, Disclosure Use, Eavesdropping, Pain and Suffering, Wiretapping Long Suffering, Unsafe Conditions, Cruel and Unusual Punishment, Humiliation Requesting For Recovery Of Civil Damages. Private Financial Gain "PRISM-PRISM" Unsafe Conditions, Equality Security, Cruel and Unusual Punishment, Discrimination, Disclosure Use, Eavesdropping, Pain and Suffering, Long Suffering, Life Endangerment. Requesting For Recovery Of Civil Damages. Private Financial Gain "Punishment" Life Endangerment, Unsafe Conditions, Equality, Security, Long Suffering, Pain and Suffering, Discrimination, Eavesdropping, Wiretapping, Humiliation, Cruel and Unusual Punishment, Disclosure Use, Requesting For Recovery Of Civil Damages. Private Financial Gain "Damage" Pain and Suffering, Long Suffering, Life Endangerment Unsafe Conditions, Cruel and Unusual Punishment, Discrimination, Equality-Equality Security, Humiliation, Citizen Indifference, Minor Indifference, Requesting For Recovery Of Civil Damages. Private Financial Gain "Skull" Long Suffering, Pain and Suffering, Unsafe Conditions, Discrimination, Cruel and Unusual Punishment, Equality, Security, Humiliation, Life Endangerment. Requesting For Recovery Of Civil Damages. Private Financial Gain "Bands" Pain and Suffering, Long Suffering, Life Endangerment, Unsafe Conditions, Equality, Security, Discrimination Requesting For Recovery Of Civil Damages. Private Financial Gain "Quadrouple" Unsafe Conditions Equality, Security, Life Endangerment, Longsuffering, Pain and Suffering, Discrimination, Cruel and Unusual Punishment, Humiliation, Requesting For Recovery Of Civil Damages. There has been Manipulative uses on the Human Body I have, similar to Frankenstein, Androids, Robots, (Phase and Stage), Method-Methods last to 22 through 23 hours a day, with Harmful Interferences. All duties and powers apply to The Attorney General "Lynn Fitch", Inspector-General, Deputy General, Assistant Attorney General, According to Title-18 United State Code Annotated -2510-2523. Requesting for a fair trial. Private Financial Gain "Tonsils", Equality, Security, Pain and Suffering, Long Suffering Discrimination, Humiliation. Requesting For Recovery Of Civil Damages. Private Financial Gain "Jaws" Pain and Suffering, Long Suffering, Discrimination, Humiliation, Equality, Security. Requesting For Recovery Of Civil Damages. Private Financial Gain "Ankle" Requesting For Recovery Of Civil Damages. Private Financial Gain "Thumb" Requesting For Recovery Of Civil Damages. Private Financial Gain "Ghost" Requesting For Recovery Of Civil Damages. Private Financial Gain "Ribs" Requesting For Recovery Of Civil Damages. Private Financial Gain "Energizer" Requesting For Recovery Of Civil Damages. Private Financial Gain "Elk" Requesting For Recovery Of Civil Damages. Private Financial Gain "Wavy" Requesting For Recovery Of Civil Damages. Private Financial Gain "Easting" Requesting For Recovery Of Civil Damages. Private Financial Gain "Cert" Requesting For Recovery Of Civil Damages. Private Financial Gain "Microphone" Requesting For Recovery Of Civil Damages. Private Financial Gain "Special Brain Spectrum" Requesting For Recovery Of Civil Damages.

12.

Private Financial Gain "Warranty" Equality, Equality, Security, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain Bible, Equality, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain "Hair" Discrimination, Equality, Security, Unsafe Conditions, Humiliation, Requesting For Recovery Of Civil Damages. Private Financial Gain "Experiment, Pain and Suffering, Long Suffering, Discrimination, Equality, Security, Life Endangerment, Humiliation, Damages. Requesting For Recovery Of Civil Damages. Private Financial Gain Laugh and Laughter. Humiliation, Equality, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain U.S.C.A. Equality, Security, Unsafe Conditions, Humiliation, Discrimination, Long Suffering, Life Endangerment, Pain and Suffering, Eavesdropping, Wiretapping, Disclosure Use, Citizen Indifference, Child Exploitation, Requesting For Recovery Of Civil Damages, Private Financial Gain Tap-Tap Tap, Discrimination, Security, Equality-Equality, Humiliation, Eavesdropping, Disclosure Use, Espionage, Wire Tapping, Requesting For Recovery Of Civil Damages. Private Financial Gain Lo-Jack, Security-Security, Discrimination, Humiliation, Unsafe Conditions, Eavesdropping, Espionage, Equality-Equality, Requesting for Recovery Of Civil Damages Private Financial Gain "Technicality" Discrimination, Humiliation, Espionage, Unsafe Conditions, Equality-Equality, Wiretapping, Disclosure Use, Requesting For Recovery Of Civil Damages Private Financial Gain "Rhythm" Equality-Equality Requesting For Recovery Of Civil Damages. Private Financial Gain Discrimination, Security, Unsafe Conditions, Equality-Equality, Eavesdropping. Requesting For Recovery Of Civil Damages. Private Financial Gain "Microbe" Espionage, Security, Discrimination, Humiliation, Equality-Equality, Requesting For Recovery Of Civil Damages. Private Financial Gain "Fruit of the Loom" Equality-Equality, Discrimination, Eavesdropping, Security, Espionage, Requesting For Recovery Of Civil Damages. Private Financial Gain Glasses, Discrimination, Humiliation, Equality-Equality Requesting For Recovery Of Civil Damages. Private Financial Gain "Mosquito" Eavesdropping, Security, Espionage, Wiretapping, Equality, Requesting For Recovery Of Civil Damages, Private Financial Gain "Trespasser" Security-Security, Unsafe Conditions, Equality-Equality, Discrimination, Eavesdropping, Wiretapping, Espionage, Disclosure Use, Requesting For Recovery Of Civil Damages. Private Financial Gain Identity Theft, Eavesdropping, Equality, Espionage, Privacy-Stolen Tax Refunds since 2019, 2020, 2021, 2022, 2023, Stolen Phone, Stolen Visa Debit Card, Stolen Employment payments, Stolen Government cashier checks, Government Benefits issued from Mississippi Department Employment Services. Requesting For Recovery Of Civil Damages. Private Financial Gain Universal Communication, Equality-Equality, Security, Espionage, Eavesdropping, Wiretapping, Disclosure Use Requesting For Recovery Of Civil Damages. Private Financial Gain "Currency, Equality-Equality, Security, Disclosure Use, Eavesdropping, Requesting For Recovery Of Civil Damages, Private Financial Gain Tidal Wave Equality, Security, Wiretapping Eavesdropping, Espionage, Disclosure Use Requesting For Recovery Of Civil Damages. Private Financial Gain "Prison" Eavesdropping, Wire, Disclosure Use, Espionage, Mental Abuse, Equality, Security, Unsafe Conditions, Discrimination, Humiliation, Wiretapping, Pain and Suffering, Long Suffering, Life-Endangerment, Medical Indifference. Requesting For Recovery Of Civil Damages. Private Financial Gain "Neurologist" Equality-Equality, Discrimination, Humiliation, Pain and Suffering, Long Suffering, Security-Security, Unsafe Conditions, Espionage, Eavesdropping, Wiretapping, Disclosure Use, Medical Indifference Requesting For Recovery Of Civil Damages. Private Financial Gain "Laser, Equality-Equality, Unsafe Conditions, Security, Espionage, Discrimination, Pain and Suffering, Long Suffering. Requesting for Recovery Of Civil Damages. Private Financial Gain. Legion Equality, Security, Espionage, Eavesdropping, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain Idea, Equality-Equality, Wiretapping, Eavesdropping, Disclosure Use, Espionage, Security-Security, Discrimination Requesting For Recovery Of Civil Damages. Private Financial Gain. Private Financial Gain T-9, Espionage, Security, Discrimination, Equality-Equality, Requesting For Recovery Of Civil Damages, Private Financial Gain Purple Time, Equality-Equality, Security, Espionage, Requesting For Recovery Of Civil Damages. Private Financial Gain AMP-NET, Security, Equality, Eavesdropping, Disclosure Use, Espionage, Requesting For Recovery Of Civil Damages, Private Financial Gain(s) "Acoustic-Acoustic-Graphic-Graphic Department" Vacation, Cool, Pelican, Cadilac, Tube, Slate, Vibrations, Head, SHHH, Chin, Leaf Green, Cyber, Honor Requesting For Recovery Of Civil Damages

Private Financial Gain "Inspiration" Security, Equality, Requesting For Recovery Of Civil Damages. Private Financial Gain "Antipothesisant", Discrimination, Security, Equality-Equality, Espionage, Eavesdropping, Wiretapping, Disclosure Use, Humiliation, Requesting For Recovery Of Civil Damages. Private Financial Gain "Sensor" Security, Equality, Discrimination, Espionage, Eavesdropping, Unsafe Conditions, Requesting For Recovery Of Civil Damages. Private Financial Gain "Humiliation" Security, Equality-Equality, Unsafe Conditions, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain "Grrr" Unsafe Conditions, Discrimination, Constitutional Rights and Rights, Espionage, Mental Abuse, Humiliation, Disclosure Use, Eavesdropping, Equality-Equality, Security, Pain and Suffering, Long Suffering, Requesting For Recovery Of Civil Damages. Private Financial Gain "Toe" Equality, Espionage, Humiliation, Security, Discrimination, Requesting For Recovery Of Civil Damages. Private Financial Gain "Stream" Security, Discrimination, Equality, Eavesdropping, Espionage, Disclosure Use. Private Financial Gain "Headphones" Requesting For Recovery Of Civil Damages. Private Financial Gain "Justice" Requesting For Recovery Of Civil Damages. Private Financial Gain "Property" Requesting For Recovery Of Civil Damages. Private Financial Gain Replica Requesting For Recovery Of Civil Damages. Private Financial Gain Judge Requesting For Recovery Of Civil Damages. Private Financial Gain "Green" Requesting For Recovery Of Civil Damages. Private Financial Gain Security, Requesting For Recovery Of Civil Damages. Private Financial Gain "Excel" Requesting For Recovery Of Civil Damages. Private Financial Gain "Amateur" Requesting For Recovery Of Civil Damages. Private Financial Gain Horoscope Requesting For Recovery Of Civil Damages. Private Financial Gain "Sense" Requesting For Recovery Of Civil Damages. Private Financial Gain "State Secretary" Requesting For Recovery Of Civil Damages. Private Financial Gain "Mississippi" Requesting For Recovery Of Civil Damages. Private Financial Gain Spectrum Requesting For Recovery Of Civil Damages. Private Financial Gain "TNT" Requesting For Recovery Of Civil Damages. Private Financial Gain "Diablo" Requesting For Recovery Of Civil Damages. Private Financial Gain "Pride" Requesting For Recovery Of Civil Damages. Private Financial Gain "Proud" Requesting For Recovery Of Civil Damages. Private Financial Gain "Flyer" Requesting For Recovery Of Civil Damages. Private Financial Gain "View" Requesting For Recovery Of Civil Damages. Private Financial Gain "Stem" Requesting For Recovery Of Civil Damages. Private Financial Gain Butterfinger Requesting For Recovery Of Civil Damages. Private Financial Gain Microsoft Requesting For Recovery Of Civil Damages. Private Financial Gain "Hearing Com Advance" Requesting For Recovery Of Civil Damages. Private Financial Gain "Wizard" Requesting For Recovery Of Civil Damages. Private Financial Gain "Haskins" Requesting For Recovery Of Civil Damages. Private Financial Gain Signature, Requesting For Recovery Of Civil Damages. Private Financial Gain "Gold" Requesting For Recovery Of Civil Damages. A lot people used me in Mississippi, I'm an adult now, (age 37) uses was never going to stop. Pain and Suffering and Long Suffering starting from a young age (Minor.) Emergency Assistance requested from this Court and Each General described in Title-18· United State Code Annotated· 2510-2523, very important to know that I can not be violated for fun or gain, willfully, **unlawfully**, intentionally used for my Life and Property. I was never a **volunteer** or free life to use. National Geographix, a television episode explains how the Human Body can be used, unlawfully, intentionally, willfully. Requesting that this court, Attorney General, Inspector General, Deputy General, Assistant Attorney General, to accept this Complaint about my Life and Property, and allow me to Recover for all Civil Damages.

Petitioner respectfully requests that this Court (Briefly state what you are asking this Court to do for you.)

In Title-18·U.S.C.A·2510-2523, requesting for Technical Assistance and Mechanical Assistance for these United State Code Annotated violations, powers and duties from The Attorney General "Lynn Fitch", Inspector General, Deputy General, Assistant Attorney General; according to Title-18·U.S.C.A·2510-2523, For Recovery Of Civil Damages, (Title-18·U.S.C.A 2520) I request for the amount of $2,500,000. M.R.I from Baptist Hospital from Harmful Interferences. Skull (Right Side) Brain (Right Side), Eyes (Left Eye) Tonsils, Teeth, (Kayak chewing tobacco-Long Cut-Wintergreen-Moist snuff) Heart (Behind and Bottom of Heart) Lung, Liver, Bladder, Stomach, Intestines, Spine (Cyber Spine) Hips, Hind Bone, Wrist Bones (Left Wrist) Leg Bones, Feet Bone (Right Foot Bone) Nose (Nasals) Ears (cochlea) Neck Bone (Backside of Neck Bone) shoulders (Both Shoulder Bone) All Medicine recalls Risperdone, Colgintan, Heradol, Thorazine, Teradol, Mylan, Docaste, Biscadol Duealax, Fluxetine, Prilosec, Benedryl. Recovery Of Civil Damages for being a young person (Minor) Recovery Of Civil Damages requested from each County Jail and Prison. Each direct or indirect commercial advantage, private commercial gain, and private financial gain, described in this complaint, Requesting for Recovery Of Civil Damages. For Enforcement of the Communications Assistance For Law Enforcement Act-Title-18·U.S.C.A-2522. Request for the amount of $10,000. For each year I been living, Expunged all Records for a new start for being used for my Life and Property. Requesting for Charity, United Way. Science, 2/00-T00, 100 Black Men. For Body Damages, requesting for payments. Requesting for Grants, for COVID-19-Stimulus Packages, State Secretary. Contributions, Dodge Charger, and Membership, Pepsi Contributions, Motorola Contributions, Microsoft Contributions Cadilac Contributions, and Memberships. WLBT Contributions, Universal, Contributions, Membership. Baptist Hospital Contributions (Bone Specialists, Cancer Institute, Heart Association, Spine Association Brain Association, Science Department, Eye and Retina Department, Baptist Hospital Membership. Grants, Donations, Contributions, Gifts, Acoustic-Acoustic, Counter1 Pros, Five Eyes, Atos, Fusion Prism Technologies, Forgiatos, Science Foundation, and Membership. Grants, Donations, Contributions Gifts 100M.

Respectfully Submitted

Reginald Lacey

<u>Petitioner</u>

tate Of Mississippi
unty Of Carroll

Personally Appeared Before Me, the undersigned authority in and being
) me duly Sworn, Stated on oath that the Statements set forth in the
love and foregoing are true and correct as therein stated.

JORN TO AND SUBSCRIBED before me, this the 6 day of March 2023.