UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REGINALD LACEY                                                              PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:23-CV-175-DPJ-FKB

STATE OF MISSISSIPPI                                                        DEFENDANT

JUDGMENT

For the reasons stated in the Order entered this date, this case is dismissed without

prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE